ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KENNETH C. VOYTICKY, ) | |
| ) | CASE NO. 1:02CV2276 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Judge John R. Adams |
| ) | |
| VILLAGE OF TIMBERLAKE, *et al.*, ) | JUDGMENT ENTRY |
| ) | |
| Defendant(s). ) | |
| ) | |

The Court of Appeals for the Sixth Circuit affirmed in part and reversed in part this Court's prior grant of summary judgment in favor of Defendants. Specifically, the appellate court affirmed the prior grant of summary judgment on Plaintiff's federal claims, but reversed the dismissal of Plaintiff's state law claims for lack of subject matter jurisdiction. The federal claims, however, were remanded with instructions to this Court to enter summary judgment for Defendants on those claims. Accordingly, summary judgment is granted in favor of Defendants and against Plaintiff on Plaintiff's remanded state law claims.

IT IS SO ORDERED.

| | |
|---|---|
| __August 1, 2005__ | __/s/ John R. Adams__ |
| Date | John R. Adams |
| | U.S. District Judge |